IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3154 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RICHARD KROHMER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for enlargement of time (filing 39) is granted. The defendant's motion for departure (filing 40) has already been filed and will be taken up at sentencing.

September 13, 2007.              BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge