UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:06CR3154 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| RICHARD KROHMER, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 20th day of September, 2007, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On March 29, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252(a)(4)(B) and 2253, based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Dell Dimension 2400 computer hard drive and equipment, serial number CN0R20344294049B034U was forfeited to the United States.

2. On May 3, 10 and 17, 2007, the Immigration and Customs Enforcement published in a newspaper of general circulation notice of this forfeiture and of the intent of its to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property.  An Affidavit of Publication was filed herein on June 20, 2007 (Filing No. 34).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the a Dell Dimension 2400 computer hard drive and equipment, serial number CN0R20344294049B034U, held by any person or entity, is hereby forever barred and foreclosed.

C. The Dell Dimension 2400 computer hard drive and equipment, serial number CN0R20344294049B034U, be, and the same hereby is, forfeited to the United States of America .

D. The United States Immigration and Customs Enforcement for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 20th day of September, 2007.

BY THE COURT

s/ *RICHARD G. KOPF*
United States District Judge